# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

JOE SMITH,                              )
        Plaintiff,              )
                                        )
v.                                      )        Civil No. 3:14-05141-CV-BCW
                                        )
CAROLYN W. COLVIN,                      )
                                        )
        Defendant.              )

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that the Commissioner of Social Security's determination is AFFIRMED consistent with the Order entered by the Honorable Brian C. Wimes this date.


| September 22, 2015 | Paige Wymore-Wynn |
|---|---|
| Dated | Acting Clerk of Court |
| September 22, 2015 | /s/ Shelly McDowell |
| Entered | (by) Deputy Clerk |